IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON SANDEFORD                                                                                    PLAINTIFF

v.                                             NO. 5:10CV00369 JLH

UNITED PARCEL SERVICE, INC.                                                                   DEFENDANT

## ORDER

This matter is presently before the undersigned on the motion for Jason D. Fisher to withdraw as counsel for United Parcel Service, Inc., who will continue to be represented by Marcus M. Crider and John J. Park of Waller Lansden Dortch & Davis, LLP. It appears to the Court that the motion is well taken and should be granted. Document #19.

IT IS SO ORDERED this 4th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE