IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NAPOLEON SANDEFORD                                                                      PLAINTIFF

v.                                            No. 5:10CV00369 JLH

UNITED PARCEL SERVICE, INC.;
and MATT WILLIAMS                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the Court orders that this action be remanded to the Circuit Court of Jefferson County, Arkansas.

IT IS SO ORDERED this 2nd day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE